# United States District Court
## *Southern District of Georgia*

CENTER FOR A SUSTAINABLE COAST et al

**NOTICE**

V.

NATIONAL PARK SERVICE et al

CASE NUMBER: CV219-58

TYPE OF CASE: ☒ CIVIL  ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| | |
|---|---|
| PLACE: Federal Courthouse, 801 Gloucester Street, Brunswick, GA | ROOM NO.: Courtroom 1 |
| | DATE AND TIME: 12/16/2019 at 3:00 pm |

TYPE OF PROCEEDING

Motion Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

11/12/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No. 912-658-6667

To: Jonathan Lee Schwartz
Robert B. Jackson, IV
Patrick J. Schwedler

GAS Rev 2/5/02