# In the United States District Court for the Southern District of Georgia Brunswick Division



CENTER FOR A SUSTAINABLE COAST;
and KAREN GRAINEY,

    Plaintiffs,

v.

NATIONAL PARK SERVICE, U.S.
Department of the Interior; and
GARY INGRAM, in his official
capacity as Superintendent,
Cumberland Island National
Seashore,

    Defendants.

2:19-CV-058

## ORDER

Before the Court is a Consent Motion for Extension of Time. Dkt. No. 30. Therein, Plaintiffs inform the Court of their intention to file a reply brief to the pending motion for leave to file an amended complaint and seek a 30-day extension of time to file the reply. Defendants consent to the requested extension.

Plaintiffs' motion is **GRANTED in part and DENIED in part**. Plaintiffs are granted an extension of time within which to file their reply brief, but the deadline for doing so will be March 10, 2020.

AO 72A
(Rev. 8/82)

SO ORDERED, this 19 day of February, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA