# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | |
|---|---|---|
| CENTER FOR A SUSTAINABLE COAST and KAREN GRAINEY, | ) ) ) | |
| Plaintiffs-Appellants, | ) ) | 2:19cv058 |
| v. | ) ) | |
| U.S. ARMY CORPS OF ENGINEERS and DISTRICT COMMANDER AND DISTRICT ENGINEER, U.S. Army Corps of Engineers, Savannah District, | ) ) ) ) ) ) | |
| Defendants-Appellees. | ) | |

## ORDER

The Judgment of this Court in the above-styled action having been affirmed as to Plaintiffs' Seashore Act claim in Count I but reversed as to Plaintiffs' National Environmental Policy Act claim in County II by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __5__ day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA