# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CV219-58** | DATE **08/02/2024** |
| TITLE **Center for a Sustainable Coast et al v. National Park Service et al** | |
| TIMES **1:01 - 1:06** | TOTAL **5 Minutes** |

| | |
|---|---|
| Honorable: **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy: **Whitney Sharp** |
| Court Reporter: **Debra Gilbert** | Interpreter: |

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jonathan Lee Schwartz | Esosa Aimufua<br>Brad Patrick | |

PROCEEDINGS: **Telephonic status conference**

☐ In Court
☑ In Chambers

Parties directed to confer and discuss next steps for the case to proceed. Parties work on a proposed scheduling order.
If parties are unable to agree, each side is to file respective positions and suggestions on scheduling.
Nothing Further.