AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CENTER FOR A SUSTAINABLE COAST, et al.,

Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:19-cv-058

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order entered October 21, 2024, Plaintiffs' motion for summary judgment is denied, and Defendants' motion for summary judgment is granted. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 30, 2024
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk